HON. Ronald Leighton

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALVADOR ARREOLA GUTIERREZ,<br><br>Defendant. | NO.  CR07-5258RBL<br><br>MOTION AND ORDER TO EXTEND LENGTH OF DEFENDANTS BRIEF<br><br>NOTED sEPTEMBER 12TH, 2007. |

    Defendant Salvador Arreola-Gutierrez, by and through his attorney, Anthony Grasher, file this motion requesting the court to allow the defendants pretrial brief to exceed twelve pages as required by CRr 12(c)6 Defendant Arreola-Gutierrez respectfully submit that the extension of the length of the brief would serve the ends of justice.  As a factual basis for their motion, Defendant sets forth the following facts and declaration:

    1.    Defendants have been charged by Indictment with conspiracy to distribute methamphetamine, and distribution of methamphetamine.  Trial is set in October 29, 2007, with pretrial motions due by September 17th, 2007. To this point, there have been no requested extensions for the length of the brief.

2. The Government produced over 2,000 pages of discovery, as such defense counsel needs more than twelve pages to address his pretrial motions.  Defense counsel does not expect his brief to be in excess of twenty (20) pages.

3. Counsel for the Government states that he has no objection to the requested extension of the length of the brief.

*Anthony P. Grasher*
Attorney at Law
645 SW 153rd ST Suite C-2
Burien, WA 98166
206-246-5300
Fax: 206-246-5747

MOTION TO EXTEND LENGTH OF BRIEF

In light of the above declaration, the Defendant requests that the brief be allowed to exceed twelve pages.

Dated this 12th day of September, 2007.

_____/S/_____
ANTHONY GRASHER
Attorney for Defendant
SALVADOR ARREOLA-GUTIERREZ

No Objection

_____/S/_____
MICHEAL DION
Assistant United States Attorney

*Anthony P. Grasher*
Attorney at Law
645 SW 153rd ST Suite C-2
Burien, WA 98166
206-246-5300
Fax: 206-246-5747

IT IS HEREBY ORDERED that the defense brief for Mr. Gutierrez may exceed 12 pages.

DONE this 13th day of September, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
_____/S/_____
ANTHONY GRASHER WSBA #37858
Attorney for Defendant
SALVADOR ARREOLA-GUTIERREZ

Certificate of Service

I certify, under penalty of perjury under the laws of the United States, that today I electronically filed this pleading and all attachments with the clerk of the court using CM/ECF system, which will send electronic notification of the filing to the attorneys of record for each of the parties. I further certify that a copy of this document has been sent to Salvador Arreola Gutierrez via certified mail.

_____/S/_____
Signed by Anthony P. Grasher on September 12th, 2007.

*Anthony P. Grasher*
Attorney at Law
645 SW 153rd ST Suite C-2
Burien, WA 98166
206-246-5300
Fax: 206-246-5747